*In re* CONFERENCIA JUDICIAL DE PUERTO RICO.

*Número:* _____    *Resuelto:* 10 de mayo de 1991

### ORDEN

Por la presente se transfiere la próxima sesión plenaria de la Conferencia Judicial para celebrarse los días 14 y 15 de noviembre de 1991.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General. Los Jueces Asociados Señores Rebollo López y Alonso Alonso no intervinieron.

(*Fdo.*) Francisco Agrait Lladó
*Secretario General*